IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KIARA SMITH,
ADC #107225                                                              PLAINTIFF

v.                          5:07CV00086 WRW/HDY

LARRY NORRIS, et al.                                                     DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's disciplinary claims against defendants be DISMISSED without prejudice to plaintiff's right to reassert those claims should his disciplinary convictions be invalidated by a state tribunal or federal court.

IT IS SO ORDERED this 10th day of May, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com