IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KIARA SMITH,
ADC #107225                                                                                              PLAINTIFF

v.                                            5:07CV00086 WRW/HDY

LARRY NORRIS, et al.                                                                         DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Stratton's motion to withdraw her motion to dismiss (DE #83) is GRANTED.

IT IS FURTHER ORDERED that defendant Broughton's motion to dismiss (DE #72) is hereby DENIED.

IT IS SO ORDERED this 16th day of October, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE