IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KIARA SMITH,
ADC # 107225                                                                                            PLAINTIFF

v.                                        5:07CV00086 WRW

LARRY NORRIS, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 14th day of January, 2008.


                                                            /s/Wm. R. Wilson, Jr.
                                                      UNITED STATES DISTRICT JUDGE