IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KIARA SMITH,
ADC # 107225                                                                                              PLAINTIFF

v.                                           5:07CV00086 WRW

LARRY NORRIS, et al.                                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 14th day of January, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE